IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

15-083

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CRIMINAL NO. H-15- |
| | § | |
| HENRY SHULER | § | |

United States Courts
Southern District of Texas
FILED

FEB 23 2015

David J. Bradley, Clerk of Court

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

(Embezzlement and Theft of Labor Union Assets - 29 U.S.C. §501(c))

From on or about March 1, 2010 to January 15, 2011 within the Houston Division of the Southern District of Texas,

**HENRY SHULER**

the defendant, while an officer, that is, Secretary Treasurer of United Transportation Union International, Local 1892, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use and the use of another the moneys, funds, securities, property, and other assets of said labor organization.

In violation of Title 29, United States Code, Section 501(c)

KENNETH MAGIDSON
United States Attorney

By: _____
Glenn Cook
Assistant United States Attorney
(713)567-9559